**No. 47121.**—Protest 893586–G of Butler Brothers (Galveston).

Opinion by OLIVER, P. J. The only witness, who was a harmonica teacher in the public schools, testified in behalf of the defendant that the articles in question were not musical instruments, but on cross-examination admitted that if an article is capable of being used to play simple tunes it is a musical instrument. On the record presented and following Abstract 40586 the harmonicas in question were held dutiable at only 40 percent under paragraph 1541 as musical instruments as claimed.

**No. 47122.**—Protest 980027–G of Carey & Skinner, Inc. (Buffalo).

Opinion by OLIVER, P. J. Several witnesses were called by the plaintiff and one by the Government. From the testimony presented by two competent and uncontradicted witnesses of the plaintiff to the effect that the merchandise is not used for the amusement of children, but purchased as souvenirs and used as ornaments, the articles in question were held dutiable as in chief value of wood. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 47123.**—Protests 830297–G, etc., of W. Bohne & Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47124.**—Protests 829837–G, etc., of Ralph Randolph Adams et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

April 28, 1942

**No. 47125.**—————Protests 72919–K, etc., of Strauss-Eckardt Co., Inc. Plaintiff's application for rehearing granted.